FILED
June 02, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003536156

JOHN R. ROBERTS
Bankruptcy Trustee
P.O. Box 1506
Placerville, CA 95667-1506
(530) 626-6441

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:  CASE NO. **11-21788-C-7**

**DAVID ROMO**
**STACEY MARIE ROMO**

Debtor(s).                    /

DC NO. **JRR-2**

DATE: **JULY 12, 2011**
TIME : **9:30 A.M.**
COURTROOM: **35**

### MOTION FOR SALE OF ASSETS
### [11 U.S.C. § 363]

The motion of JOHN R. ROBERTS, as Trustee of the estate of the above-named debtor, respectfully represents:

1.  That movant is the duly elected, qualified and acting Trustee of the estate of the above-named debtor.

2.  That movant has, as such Trustee, the following asset belonging to the debtor's estate, appraised as indicated, to wit:

   **ASSET:** Debtors' interest in SMarie Investments LLC, A California Limited Liability Company
   **VALUE:** $10,000.00

3.  Trustee understands that David Romo is a fifty percent (50%) member and Stacey Marie Romo is a fifty percent (50%) member of SMarie Investments LLC as evidenced by the Operating Agreement of SMarie Investments LLC. See Operating Agreement attached to the Exhibits as Exhibit "A". Trustee further understands that SMarie Investments LLC is still active with its principal place of business at 1325 Howe Ave, Suite 200B, Sacramento, CA 95825 and its Agent for Service of process is Randall

Ensminger, 110 Gateway Dr., Suite 260, Lincoln, CA 95648. See Business Entity Detail from the California Secretary of State attached to the Exhibits as Exhibit "B".

4. That it is in the best interest of the estate that said asset be sold in that it will generate cash for the estate and said sale is for the fair market value. Debtors list the value of the asset at $100.00. See schedule B, both from the original petition and the amended schedules filed on February 28, 2011, attached to the Exhibits as Exhibit "C". Debtors have claimed an exemption of $100.00 in the asset. See schedule C, both from the original petition and the amended schedules filed on February 28, 2011, attached to the Exhibits as Exhibit "D".

5. The Trustee has received an offer from MARIA MADHVANI, or assignee, for the sum of $10,000.00. Said sum has been tendered to the Trustee.

6. MARIA MADHVANI is purchasing the asset subject to the existing liens and encumbrances, if any.

7. The asset is being sold "As Is", "Where Is" with no representations as to the value of the asset or what liabilities may be associates with SMarie Investments LLC and the Trustee makes no warranty on the condition of the asset.

WHEREFORE, Trustee prays for an Order from this Court allowing him to sell the asset as described herein.

DATED: June 2, 2011

/s/ JOHN R. ROBERTS, TRUSTEE
PO Box 1506
Placerville, CA 95667
530-626-6441
court@bankruptcy-info.com
State Bar No. 77919