```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF CALIFORNIA
                              CIVIL MINUTES
```

| Case Title : | David NMN Romo and Stacey Marie Romo | Case No : | 11-21788 - C - 7 |
|---|---|---|---|
| | | Date : | 7/26/2011 |
| | | Time : | 09:30 |
| Matter : | [61] - Motion/Application to Sell [JRR-2]<br>Filed by Trustee John R. Roberts (rlos) | | UNOPPOSED |
| Judge : | Christopher M. Klein | | |
| Courtroom Deputy : | Teresa Jackson | | |
| Reporter : | Diamond Reporters | | |
| Department : | C | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Trustee - John R. Roberts
**Respondent(s) :**
            Debtor(s) Attorney - D. Randall Ensminger


MOTION was :
Withdrawn by moving party